```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 31106
   ROBERTA LEE WILLIAMS
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
     SSN XXX-XX-9187
```

---
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/14/08 .

    2.  The case was dismissed without confirmation, 01/08/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| RIVERSIDE FINANCE INC | SECURED VEHIC | .00 | .00 | .00 |
| ALLSTATE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | SECURED | 1236.57 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| TEK COLLECT CORP | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1236.57 | .00 | .00 | .00 | 1236.57 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, MELVIN J KAPLAN            , was allowed $     .00
and was paid $     .00 .

The Trustee received $     .00 .

Refunds to the Debtor totaled $     .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/13/09                  /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                            PAGE   2
     CASE NO. 08 B 31106 ROBERTA LEE WILLIAMS
```